UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ADAM RAETHKE, CITY OF ST. HELENS,

                 Defendants-Appellants,

v.

ROBERT BARROR,

                 Plaintiff-Appellee.

9th Cir. No. 24-1668

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby move the Court for an order dismissing the above-captioned appeal. This matter has been resolved.

The parties agree that each side shall bear its own costs and fees on appeal.

DATED this 27th day of June, 2024.

                s/ Aaron P. Hisel
                Attorney for Appellants

                s/ Justin Steffen
                Attorney for Appellee